AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| State of Maryland et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-02139-KBJ |
| US. Department of Education et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Pennsylvania.

Date: 11/08/2017

/s/ Michael J. Fischer
*Attorney's signature*

Michael J. Fischer (PA #322311)
*Printed name and bar number*

Office of Attorney General
Strawberry Square
16th Floor
Harrisburg, PA 17120
*Address*

mfischer@attorneygeneral.gov
*E-mail address*

(215) 560-2402
*Telephone number*

(215) 560-2202
*FAX number*

## CERTIFICATE OF FAMILIARITY

I hereby certify, pursuant to Local Civil Rule 83.2(j), that I am familiar with the Local Rules of this Court and, as appropriate, the other materials set forth in Local Civil Rules 83.9(b) and 83.9(a).

Dated: November 8, 2017

      /s Michael Fischer
Michael Fischer
Chief Deputy Attorney General
Impact Litigation Section
Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
(215) 560-2402
mfischer@attorneygeneral.gov