IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF MARYLAND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>EDUCATION, and ELIZABETH DEVOS, in her )<br>official capacity as Secretary of Education, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:17-2139 (KBJ) |

## **DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO SET A BRIEFING SCHEDULE**

Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), Defendants U.S. Department of Education and Elizabeth DeVos, in her official capacity as Secretary of Education ("Defendants"), hereby respectfully request that the Court extend the deadline to respond to Plaintiffs' Complaint and enter a briefing schedule, as proposed below. Undersigned counsel for Defendants has conferred with counsel for Plaintiffs, who indicates that Plaintiffs agree to the proposed briefing schedule and consent to the relief requested in this motion.

Good cause exists to grant this motion. Plaintiffs' Complaint, filed on October 17, 2017, asserts three causes of action under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706, with respect to Defendants' implementation of a final rule. The parties agree that Plaintiffs' claims can be resolved on cross-motions for summary judgment. Moreover, Plaintiffs intend to file their motion for summary judgment on December 26, 2017, the current deadline for Defendants to respond to Plaintiffs' Complaint. The parties have agreed on the proposed timeline

in order to facilitate full briefing of the parties' cross-motions in an expeditious manner, taking into account undersigned counsel's obligations in other cases.[1]

> (1) Plaintiffs will file a motion for summary judgment on all of the claims asserted in their Complaint by December 26, 2017.
>
> (2) Defendants will file a consolidated brief, cross-moving for summary judgment and responding to Plaintiffs' motion for summary judgment, by January 30, 2018.
>
> (3) Plaintiffs will file a combined reply in support of their motion for summary judgment and opposition to the Defendants' motion for summary judgment by February 20, 2018.
>
> (4) Defendants will file a reply brief by March 6, 2018.

In order to facilitate this proposed briefing schedule, the parties have further agreed to stay Defendants' obligation to respond to the Complaint pending disposition of the parties' cross-motions. A proposed order is included with this motion.

Dated: December 20, 2017                                    Respectfully Submitted,

                                              CHAD A. READLER
Acting Assistant Attorney General
JESSIE K. LIU
United States Attorney
MARCIA BERMAN
Assistant Director, Federal Programs Branch

  /s/ Kathryn L. Wyer
KATHRYN L. WYER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW Room 7124
Washington, D.C. 20530
Tel.: (202) 616-8475
Fax: (202) 616-8470
Email: kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

---

[1] Undersigned counsel has briefing deadlines in two other cases on January 5 and January 17, 2018, and is scheduled to be out of the office on work travel January 25-27, 2018.