UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF MARYLAND, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF MASSACHUSETTS,  PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* XAVIER BECERRA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAII, PEOPLE OF THE STATE OF ILLINOIS, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEW YORK, STATE OF NORTH CAROLINA *ex rel.* JOSH STEIN, Attorney General, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, *ex rel.* MARK R. HERRING, Attorney General, and STATE OF WASHINGTON,<br><br>                              Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, and BETSY DEVOS, *in her official capacity as Secretary of Education,*<br><br>                              Defendants. | **CIVIL ACTION NO: 1:17-cv-2139-KBJ** |

**(PROPOSED) ORDER GRANTING PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' Motion for Summary Judgment and Memorandum of Points and Authorities in Support thereof, Defendants' Opposition thereto, Plaintiffs' Reply, and any arguments made during the hearing for this matter, the Court finds that Plaintiffs are entitled to summary judgment as a matter of law.

Accordingly, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED. It is hereby further:

DECLARED that the Notice in the Federal Register issued by the Department of Education on July 5, 2017, and was published at 82 Fed. Reg. 30,975, is unlawful;

DECLARED that the Notice in the Federal Register issued by the Department of Education on August 18, 2017, and was published at 82 Fed. Reg. 39,362, is unlawful;

DECLARED that the Department of Education's failure to create a list of the students who completed the program during the cohort period and provide the list to applicable institutions, pursuant to 34 C.F.R. § 668.405(a)(1), is unlawful;

DECLARED that the Department of Education's failure to issue debt-to-earnings rates for the 2015-2016 financial aid award year, pursuant to 34 C.F.R. § 668.405(a), is unlawful;

ORDERED that the Notice in the Federal Register issued by the Department of Education on July 5, 2017, and was published at 82 Fed. Reg. 30,975, is VACATED;

ORDERED that the Notice in the Federal Register issued by the Department of Education on August 18, 2017, and was at 82 Fed. Reg. 39,362, is VACATED;

ORDERED that the Department of Education shall create a list of the students who completed applicable programs during the applicable cohort period for each applicable program and provide the list to the applicable institutions, pursuant to 34 C.F.R. § 668.405(a)(1), within 14 days of the entry of this Order;

ORDERED that the Department of Education shall, for each applicable program, determine and publish debt-to-earnings rates for the 2015-2016 financial aid award year, pursuant to 34 C.F.R. § 668.405(a), within three months of the entry of this Order;

SO ORDERED.

_____         _____
Date                                                                  Hon. Ketanji Brown Jackson
                                                                      United States District Judge