**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF MARYLAND *et al.*,<br><br>                                Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION *et al.*,<br><br>                                Defendants. | **CIVIL ACTION NO:**<br>**1:17-cv-2139-KBJ** |

**INDEX OF EXHIBITS TO**
**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT 1:** U.S. Department of Education, *Program Integrity: Gainful Employment*, 82 Fed. Reg. 30,975 (July 5, 2017) (Delay Notice 1)

**EXHIBIT 2:** U.S. Department of Education, *Program Integrity: Gainful Employment*, 82 Fed. Reg. 39,362 (August 18, 2017) (Delay Notice 2)

**EXHIBIT 3:** U.S. Department of Education, *Program Integrity: Gainful Employment*, 79 Fed. Reg. 16,426 (March 25, 2014)

**EXHIBIT 4:** U.S. Department of Education, Press Release, *Secretary DeVos Announces Regulatory Reset to Protect Students, Taxpayers, Higher Ed Institutions* (June 14, 2017)

**EXHIBIT 5:** U.S. Department of Education, Press Release, *DeVos Presses Pause on Burdensome Gainful Employment Regulations* (June 30, 2017)

**EXHIBIT 6:** U.S. Department of Education, *Gainful Employment Electronic Announcement #78 – Draft GE Completers List Files* (May 31, 2016)

**EXHIBIT 7:** U.S. Department of Education, *Gainful Employment Electronic Announcement #79 – GE Completers List Viewer Tool and Import Tool Now Available* (June 1, 2016)

**EXHIBIT 8:** U.S. Department of Education, *Gainful Employment Electronic Announcement #100 – Upcoming Release of Final Gainful Employment Debt-to-Earnings (D/E) Rates* (Jan. 6, 2017)

**EXHIBIT 9:** U.S. Department of Education, Response to Sen. Durbin Questions: "Gainful Employment Delay and Implementation" (Aug. 3, 2017)