IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STATE OF MARYLAND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:17-2139 (KBJ) |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION, and ELIZABETH DEVOS, in her | ) | |
| official capacity as Secretary of Education, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Department of Education**

**I.     Implementation of Court's Order of June 28, 2017 in *American Ass'n of Cosmetology Schools* ("*AACS*") *v. DeVos*, No. 1:17-264 (D.D.C.)**

**Administrative Record Index**

Memorandum Opinion, AACS (D.D.C. June 28, 2017) ............................................AR-I-000001

Order of June 28, 2017, AACS (D.D.C. June 28, 2017) ..........................................AR-I-000041

Gainful Employment Electronic Announcement # 106 (June 30, 2017) ...................AR-I-000043

Dep't of Education, 82 Fed. Reg. 30975 (July 5, 2017) ...........................................AR-I-000045

Gainful Employment Electronic Announcement # 108 (Aug. 18, 2017) ...................AR-I-000047

Dep't of Education, 82 Fed. Reg. 39362 (Aug. 18, 2017) ........................................AR-I-000049

**II.     Ongoing Implementation of Final regulations, 79 Fed. Reg. 64890 (Oct. 31, 2014) ("2014 Final Rule")**

**Index of Relevant Administrative Materials**

Gainful Employment Electronic Announcement # 51 (Jan. 9, 2015)........................AR-II-000051

Gainful Employment Electronic Announcement # 52 (Feb. 11, 2015) .....................AR-II-000052

Gainful Employment Electronic Announcement # 54 (June 11, 2015).....................AR-II-000054

Gainful Employment Electronic Announcement # 55 (June 15, 2015).....................AR-II-000057

Gainful Employment Electronic Announcement # 56 (June 30, 2015).....................AR-II-000058

Gainful Employment Electronic Announcement # 63 (Oct. 15, 2015) .....................AR-II-000059

Gainful Employment Electronic Announcement # 64 (Oct. 22, 2015) .....................AR-II-000061

Gainful Employment Electronic Announcement # 68 (Nov. 10, 2015) ....................AR-II-000063

Gainful Employment Electronic Announcement # 71 (Dec. 11, 2015).....................AR-II-000064

Gainful Employment Electronic Announcement # 73 (Feb. 3, 2016) .......................AR-II-000066

Gainful Employment Electronic Announcement # 78 (May 31, 2016).....................AR-II-000068

Gainful Employment Electronic Announcement # 81 (June 10, 2016).....................AR-II-000071

Gainful Employment Electronic Announcement # 88 (Sept. 8, 2016) ......................AR-II-000073

Gainful Employment Electronic Announcement # 91 (Oct. 7, 2016) .......................AR-II-000076

Gainful Employment Electronic Announcement # 93 (Oct. 20, 2016) .....................AR-II-000078

Gainful Employment Electronic Announcement # 94 (Oct. 21, 2016) .....................AR-II-000081

Gainful Employment Electronic Announcement # 99 (Dec. 16, 2016).....................AR-II-000085

Gainful Employment Electronic Announcement # 100 (Jan. 6, 2017 .......................AR-II-000089

Gainful Employment Electronic Announcement # 101 (Jan. 6, 2017).....................AR-II-000092

Gainful Employment Electronic Announcement # 103 (Jan. 19, 2017)....................AR-II-000094

Gainful Employment Electronic Announcement # 105 (Mar. 6, 2017).....................AR-II-000097

Gainful Employment Electronic Announcement # 107 (Aug. 2, 2017) ....................AR-II-000098

Gainful Employment Electronic Announcement # 110 (Jan. 19, 2018)....................AR-II-000100