UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF MARYLAND, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF MASSACHUSETTS, PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* XAVIER BECERRA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAII, PEOPLE OF THE STATE OF ILLINOIS, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEW YORK, STATE OF NORTH CAROLINA *ex rel.* JOSH STEIN, Attorney General, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, *ex rel.* MARK R. HERRING, Attorney General, and STATE OF WASHINGTON,<br>　　　　　　　　　　　　Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF EDUCATION, and BETSY DEVOS, *in her official capacity as Secretary of Education,*<br>　　　　　　　　　　　　Defendants. | CIVIL ACTION: **1:17-CV-02139-KBJ** |

## **PLAINTIFF, STATE OF OREGON'S, MOTION TO APPEAR TELEPHONICALLY FOR THE MAY 1, 2018 HEARING**

The State of Oregon, by and through the Oregon Department of Justice, respectfully moves this court for an order to allow counsel to appear telephonically at the May 1, 2018 hearing set in this matter.

1.　The designated lead counsel and/or other counsel for co-plaintiffs, plan to be appearing in-person at the hearing for plaintiffs' positions and representation generally.

2.　Allowing the Oregon Assistant Attorney General to appear and listen-in by telephone will save Plaintiff, State of Oregon, notable time and expense of traveling across the country to Washington D.C.  Counsel for the State of Oregon does not believe that allowing

participation by telephonic means will impede plaintiffs' abilities to meaningfully participate in the hearing because designated lead counsel and/or other counsel for co-plaintiffs plan to be appearing in-person, and it is not believed any party will be prejudiced by the request of counsel for the State of Oregon to appear and listen-in by telephone.

4.   Upon conferral, opposing counsel, Kathryn Wyer, advised there are no objections from Defendants to the State of Oregon's request to appear telephonically.

5.   Assistant Attorney General, Andrew Shull's direct phone number to call at the time of the hearing is (503) 934-4419.

Dated this 12th day of April, 2018.

Respectfully submitted,

/S/ANDREW U. SHULL
Andrew U. Shull  (OR State Bar #024541)
Assistant Attorney General
Oregon Department of Justice
Of Attorneys for Plaintiff, State of Oregon
1162 Court Street NE
Salem, OR 97301-4096
Tel:  (503) 934-4419
Fax:  (503) 378-5017
andrew.shull@doj.state.or.us

**CERTIFICATE OF SERVICE**

      I certify that on April 12, 2018, I caused a copy of the foregoing Notice of Appearance to be filed electronically and that these documents are available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: April 12, 2018

                                            /S/ANDREW U. SHULL
                                            Andrew U. Shull  (OR State Bar #024541)
                                            Assistant Attorney General
                                            Oregon Department of Justice
                                            Of Attorneys for Plaintiff, State of Oregon
                                            1162 Court Street NE
                                            Salem, OR 97301-4096
                                            Tel:  (503) 934-4400
                                            Fax:  (503) 378-5017
                                            andrew.shull@doj.state.or.us