IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF MARYLAND, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> EDUCATION, and ELIZABETH DEVOS, in her ) <br> official capacity as Secretary of Education, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:17-2139 (KBJ) |

## **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby notify the Court of the recent decision of Judge McFadden of this Court, in *Commonwealth of Massachusetts v. U.S. Dep't of Education*, No. 1:17-cv-02679 (D.D.C.), where the Court dismissed an action brought by a group of states, which, similar to this case, sought to challenge certain actions by Defendant the U.S. Department of Education (the "Department") related to Title IV of the Higher Education Act. The Court held that the states lacked standing under any of their asserted theories of harm, including theories based on alleged injuries to their sovereign or proprietary interests, as well as a *parens patriae* standing theory. *See id.*, slip op. (attached hereto) at 6, 16.

Dated: October 15, 2018                    Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
JESSIE K. LIU
United States Attorney
MARCIA BERMAN
Assistant Director, Federal Programs Branch

  /s/ Kathryn L. Wyer

KATHRYN L. WYER
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel.: (202) 616-8475
Fax: (202) 616-8470
Email: kathryn.wyer@usdoj.gov
*Attorneys for Defendants*