IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF MARYLAND, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, and ELIZABETH DEVOS, in her official capacity as Secretary of Education,<br><br>  Defendants. | )<br>)<br>)  Civil Action No. 1:17-2139 (KBJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS BASED ON MOOTNESS

Defendants the U.S. Department of Education and Elizabeth DeVos, in her official capacity as Secretary of Education, move the Court pursuant to Federal Rules of Civil Procedure 12(b)(1) to dismiss this action, for the reasons set forth in the accompanying Memorandum in support of this motion.

Dated: August 9, 2019

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch

 /s/ Kathryn L. Wyer
KATHRYN L. WYER
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel.: (202) 616-8475
Fax: (202) 616-8470
Email: kathryn.wyer@usdoj.gov
*Attorneys for Defendants*