UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF MARYLAND *et al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION *et al.*, <br><br> Defendants. | No. 1:17-cv-2139-KBJ |

**PLAINTIFFS' NOTICE OF NEW FILING AND SUPPLEMENTAL AUTHORITY**

Plaintiffs submit this notice in response to the Court's inquiry at the January 9, 2020, hearing about whether any lawsuit has been filed challenging the Department of Education's recent rule that rescinds prior regulations enforcing the Higher Education Act's gainful employment requirement. *See* Program Integrity: Gainful Employment, 84 Fed. Reg. 31,392 (July 1, 2019).

On January 22, 2020, an eleven-count complaint challenging that rule was filed in the Northern District of California. *See American Federation of Teachers, et al. v. DeVos, et al*, No. 5:20-cv-455 (N.D. Cal. Jan. 22, 2020).

Additionally, the plaintiffs submit this notice to call attention to the D.C. Circuit's decision in *Government of Manitoba v. Bernhardt*, 923 F.3d 173 (D.C. Cir. 2019), which rejected a claim of *parens patriae* standing similar to that asserted by plaintiffs here. Regardless, as described in prior filings, the plaintiffs' primary basis for standing rests on injuries to our proprietary interests, and *Manitoba* does nothing to undermine that basis.

Dated: January 24, 2020                    Respectfully submitted,

                                                      FOR THE STATE OF MARYLAND
                                                      BRIAN E. FROSH
                                                      ATTORNEY GENERAL

By: */s/ Christopher J. Madaio*
     Christopher J. Madaio
     Assistant Attorney General
     Office of the Attorney General
     Consumer Protection Division
     200 St. Paul Place, 16th Floor
     Baltimore, MD 21202
     (410) 576-6585
     Cmadaio@oag.state.md.us

     FOR THE COMMONWEALTH OF
     PENNSYLVANIA
     JOSH SHAPIRO
     ATTORNEY GENERAL

By: */s/ Michael J. Fischer*
     Michael J. Fischer
     Chief Deputy Attorney General
     John M. Abel
     Jesse Harvey
     Senior Deputy Attorneys General
     Jacob B. Boyer
     Deputy Attorney General
     Pennsylvania Office of Attorney General
     Strawberry Square
     Harrisburg, PA 17120
     (215) 560-2171
     mfischer@attorneygeneral.gov

     PEOPLE OF THE STATE OF
     ILLINOIS, by KWAME RAOUL
     ATTORNEY GENERAL OF
     ILLINOIS

By: */s/ Joseph Sanders*
     Joseph Sanders
     Gregory W. Jones
     Assistant Attorneys General
     Consumer Fraud Bureau
     Office of the Illinois Attorney General

        100 W. Randolph St., 12th Fl.
        Chicago, IL 60601
        312-814-6796 (Joseph)
        312-814-4987 (Gregory)
        Fax: 312-814-2593
        jsanders@atg.state.il.us
        gjones@atg.state.il.us

        FOR THE COMMONWEALTH OF
        MASSACHUSETTS
        MAURA HEALEY
        ATTORNEY GENERAL

By: */s/ Yael Shavit*
    Yael Shavit
    Assistant Attorney General
    Office of the Massachusetts Attorney General
    One Ashburton Place
    Boston, MA 02108
    (617) 963-2197
    yael.shavit@state.ma.us

    FOR THE STATE OF CALIFORNIA
    XAVIER BECERRA
    CALIFORNIA ATTORNEY GENERAL

By: */s/ Bernard A. Eskandari*
    Bernard A. Eskandari
    Deputy Attorney General
    300 South Spring Street, Suite 1702
    Los Angeles, California 90013
    (213) 897-2652
    bernard.eskandari@doj.ca.gov

      FOR THE STATE OF
      CONNECTICUT
      WILLIAM TONG
      ATTORNEY GENERAL

By: */s/ Joseph J. Chambers*
    Joseph J. Chambers
    Assistant Attorney General
    Connecticut Office of Attorney General
    PO Box 120
    Hartford, CT 06141-0120
    (860) 808-5270
    joseph.chambers@ct.gov

    FOR THE STATE OF DELAWARE
    KATHY JENNINGS
    ATTORNEY GENERAL

By: */s/ Christian Douglas Wright*
    Christian Douglas Wright
    Director of Impact Litigation
    Delaware Department of Justice
    820 N. French Street
    Wilmington, DE  19801
    (302) 577-8400
    christian.wright@delaware.gov

    FOR THE DISTRICT OF COLUMBIA
    KARL A. RACINE
    ATTORNEY GENERAL

By: */s/ Benjamin M. Wiseman*
    Benjamin M. Wiseman
    Assistant Attorney General
    Attorney General for the District of Columbia
    441 4th Street, N.W., 6th Floor
    Washington, DC 20001
    (202) 741-5226
    benjamin.wiseman@dc.gov

        FOR THE STATE OF HAWAII
        CLARE E. CONNORS
        ATTORNEY GENERAL OF HAWAII

By: */s/ Bryan C. Yee*
    Bryan C. Yee
    Deputy Attorney General
    425 Queen Street
    Honolulu, Hawaii 96813
    (808) 586-1180
    bryan.c.yee@hawaii.gov

    FOR THE STATE OF IOWA
    THOMAS J. MILLER
    ATTORNEY GENERAL

By: */s/ Jessica Whitney*
    Jessica Whitney
    Director - Consumer Protection
    Office of the Attorney General of Iowa
    1305 E. Walnut St.
    Des Moines, Iowa 50319
    (515) 281-8772
    Jessica.Whitney@iowa.gov

    FOR THE STATE OF MINNESOTA
    KEITH ELLISON
    ATTORNEY GENERAL

By: */s/ Jason Pleggenkuhle*
    Jason Pleggenkuhle
    Assistant Attorney General
    Bremer Tower, Suite 1200
    445 Minnesota Street
    St. Paul, MN 55101
    (651) 757-1147 (Voice)
    (651) 282-5832 (Fax)
    jason.pleggenkuhle@ag.state.mn.us

        FOR THE STATE OF NEW YORK
        LETITIA JAMES
        ATTORNEY GENERAL OF NEW YORK

By: */s/ Jane M. Azia*
    Jane M. Azia
    Chief, Bureau of Consumer Frauds and Protection
    28 Liberty Street,
    New York, NY 10005
    Tel.: (212) 416-8727
    Jane.azia@ag.ny.gov

    FOR THE STATE OF NORTH CAROLINA
    JOSHUA H. STEIN
    ATTORNEY GENERAL OF NORTH CAROLINA

By: */s/ Matt Liles*
    Matt Liles
    Assistant Attorney General
    North Carolina Department of Justice
    114 W. Edenton St.
    Raleigh, NC  27603
    P.O. Box 629
    Raleigh, NC  27602
    (919) 716-0141
    mliles@ncdoj.gov

    FOR THE STATE OF OREGON
    ELLEN F. ROSENBLUM
    ATTORNEY GENERAL

By: */s/ Katherine Campbell*
    Katherine A. Campbell
    Assistant Attorney General
    Oregon Department of Justice
    100 SW Market Street
    Portland, OR 97201
    (971) 673-1880
    katherine.campbell@doj.state.or.us

        FOR THE STATE OF RHODE ISLAND
        PETER NERONHA
        ATTORNEY GENERAL

By: */s/ Neil F.X. Kelly*
    Neil F.X. Kelly
    Deputy Chief, Civil Div.
    Assistant Attorney General
    Rhode Island Department of Attorney General
    150 South Main Street
    Providence, Rhode Island 02903
    (401) 274-4400 ext. 2284
    nkelly@riag.ri.gov
    emurray@riag.ri.gov

    FOR THE STATE OF VERMONT
    THOMAS J. DONOVAN, JR.
    ATTORNEY GENERAL

By: */s/ Christopher J. Curtis*
    Christopher J. Curtis
    State of Vermont
    Office of the Attorney General
    Chief, Public Protection Division
    109 State St.
    Montpelier, VT 05609
    (802) 828-5586
    christopher.curtis@vermont.gov

    FOR THE COMMONWEALTH OF VIRGINIA
    MARK R. HERRING
    ATTORNEY GENERAL

By: */s/ Samuel T. Towell*
    Samuel T. Towell
    Deputy Attorney General, Civil Litigation
    Barbara Johns Building
    202 N. Ninth St.
    Richmond, Virginia 23219
    (804) 786-6731
    stowell@oag.state.va.us

FOR THE STATE OF WASHINGTON
ROBERT W. FERGUSON
ATTORNEY GENERAL

By: */s/ Jeffrey T. Sprung*_____
    Jeffrey G. Rupert
    Chief, Complex Litigation Division
    Jeffrey T. Sprung (D.C. Bar No.: 384880)
    Benjamin J. Roesch
    Assistant Attorneys General
    Office of the Washington Attorney General
    1125 Washington St. SE
    P.O. Box 40100
    Olympia, WA 98504
    (206) 326-5492 (Sprung)
    jeffreyr2@atg.wa.gov
    jeff.sprung@atg.wa.gov
    benjaminr@atg.wa.gov
    cynthiaa@atg.wa.gov

CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing document, and any attachments thereto, to be electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, and that all participants in the case will be served by the CM/ECF system.

*/s/ Jacob B. Boyer*
Jacob B. Boyer