**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF MARYLAND *et al.*,<br><br>                    Plaintiffs,<br>        v.<br><br>UNITED STATES DEPARTMENT OF<br>EDUCATION *et al.*,<br><br>                    Defendants. | No. 1:17-cv-2139-KBJ |

**PLAINTIFFS' SECOND NOTICE OF NEW FILING**

Plaintiffs submit this notice to apprise the Court of a second lawsuit challenging the Department of Education's rule that rescinds prior regulations enforcing the Higher Education Act's gainful employment requirement. *See* Program Integrity: Gainful Employment, 84 Fed. Reg. 31,392 (July 1, 2019). On March 18, 2020, the State of California, a plaintiff here, filed a complaint challenging that rule. *See California v. DeVos, et al.*, No. 5:20-cv-1889 (N.D. Cal. Mar. 18, 2020).

Dated: April 10, 2020

Respectfully submitted,

FOR THE STATE OF MARYLAND
BRIAN E. FROSH
ATTORNEY GENERAL

By: */s/ Christopher J. Madaio*
       Christopher J. Madaio
       Assistant Attorney General
       Office of the Attorney General
       Consumer Protection Division
       200 St. Paul Place, 16th Floor
       Baltimore, MD 21202
       (410) 576-6585
       Cmadaio@oag.state.md.us

FOR THE COMMONWEALTH OF
PENNSYLVANIA
JOSH SHAPIRO
ATTORNEY GENERAL

By: */s/ Michael J. Fischer*
Michael J. Fischer
Chief Deputy Attorney General
John M. Abel
Jesse Harvey
Senior Deputy Attorneys General
Jacob B. Boyer
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
(215) 560-2171
mfischer@attorneygeneral.gov

PEOPLE OF THE STATE OF
ILLINOIS, by KWAME RAOUL
ATTORNEY GENERAL OF
ILLINOIS

By: */s/ Joseph Sanders*
Joseph Sanders
Gregory W. Jones
Assistant Attorneys General
Consumer Fraud Bureau
Office of the Illinois Attorney General
100 W. Randolph St., 12th Fl.
Chicago, IL 60601
312-814-6796 (Joseph)
312-814-4987 (Gregory)
Fax: 312-814-2593
jsanders@atg.state.il.us
gjones@atg.state.il.us

FOR THE COMMONWEALTH OF
MASSACHUSETTS
MAURA HEALEY
ATTORNEY GENERAL

By: */s/ Yael Shavit*
Yael Shavit

2

Assistant Attorney General
Office of the Massachusetts Attorney
General
One Ashburton Place
Boston, MA 02108
(617) 963-2197
yael.shavit@state.ma.us

FOR THE STATE OF CALIFORNIA
XAVIER BECERRA
CALIFORNIA ATTORNEY
GENERAL

By:  */s/ Bernard A. Eskandari*
Bernard A. Eskandari
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
(213) 897-2652
bernard.eskandari@doj.ca.gov

FOR THE STATE OF
CONNECTICUT
WILLIAM TONG
ATTORNEY GENERAL

By:  */s/ Joseph J. Chambers*
Joseph J. Chambers
Assistant Attorney General
Connecticut Office of Attorney General
PO Box 120
Hartford, CT 06141-0120
(860) 808-5270
joseph.chambers@ct.gov

FOR THE STATE OF DELAWARE
KATHY JENNINGS
ATTORNEY GENERAL

By:  */s/ Christian Douglas Wright*
Christian Douglas Wright
Director of Impact Litigation
Delaware Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8400

3

christian.wright@delaware.gov

FOR THE DISTRICT OF COLUMBIA
KARL A. RACINE
ATTORNEY GENERAL

By: */s/ Benjamin M. Wiseman*
Benjamin M. Wiseman
Assistant Attorney General
Attorney General for the District of
Columbia
441 4th Street, N.W., 6th Floor
Washington, DC 20001
(202) 741-5226
benjamin.wiseman@dc.gov

FOR THE STATE OF HAWAII
CLARE E. CONNORS
ATTORNEY GENERAL OF HAWAII

By: */s/ Bryan C. Yee*
Bryan C. Yee
Deputy Attorney General
425 Queen Street
Honolulu, Hawaii 96813
(808) 586-1180
bryan.c.yee@hawaii.gov

FOR THE STATE OF IOWA
THOMAS J. MILLER
ATTORNEY GENERAL

By: */s/ Jessica Whitney*
Jessica Whitney
Director - Consumer Protection
Office of the Attorney General of Iowa
1305 E. Walnut St.
Des Moines, Iowa 50319
(515) 281-8772
Jessica.Whitney@iowa.gov

FOR THE STATE OF MINNESOTA
KEITH ELLISON
ATTORNEY GENERAL

By: */s/ Jason Pleggenkuhle*

Jason Pleggenkuhle
Assistant Attorney General
Bremer Tower, Suite 1200
445 Minnesota Street
St. Paul, MN 55101
(651) 757-1147 (Voice)
(651) 282-5832 (Fax)
jason.pleggenkuhle@ag.state.mn.us


FOR THE STATE OF NEW YORK
LETITIA JAMES
ATTORNEY GENERAL OF NEW
YORK

By:   */s/ Jane M. Azia*
Jane M. Azia
Chief, Bureau of Consumer Frauds and
Protection
28 Liberty Street,
New York, NY 10005
Tel.: (212) 416-8727
Jane.azia@ag.ny.gov


FOR THE STATE OF NORTH
CAROLINA
JOSHUA H. STEIN
ATTORNEY GENERAL OF
NORTH CAROLINA

By:   */s/ Matt Liles*
Matt Liles
Assistant Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC  27603
P.O. Box 629
Raleigh, NC  27602
(919) 716-0141
mliles@ncdoj.gov


FOR THE STATE OF OREGON
ELLEN F. ROSENBLUM
ATTORNEY GENERAL

By:   */s/ Katherine Campbell*

5

Katherine A. Campbell
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
katherine.campbell@doj.state.or.us


FOR THE STATE OF RHODE
ISLAND
PETER NERONHA
ATTORNEY GENERAL

By: */s/ Neil F.X. Kelly*
Neil F.X. Kelly
Deputy Chief, Civil Div.
Assistant Attorney General
Rhode Island Department of Attorney
General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2284
nkelly@riag.ri.gov
emurray@riag.ri.gov

FOR THE STATE OF VERMONT
THOMAS J. DONOVAN, JR.
ATTORNEY GENERAL

By: */s/ Christopher J. Curtis*
Christopher J. Curtis
State of Vermont
Office of the Attorney General
Chief, Public Protection Division
109 State St.
Montpelier, VT 05609
(802) 828-5586
christopher.curtis@vermont.gov

6

FOR THE COMMONWEALTH OF
VIRGINIA
MARK R. HERRING
ATTORNEY GENERAL

By: */s/ Samuel T. Towell*
    Samuel T. Towell
    Deputy Attorney General, Civil
    Litigation
    Barbara Johns Building
    202 N. Ninth St.
    Richmond, Virginia 23219
    (804) 786-6731
    stowell@oag.state.va.us

FOR THE STATE OF WASHINGTON
ROBERT W. FERGUSON
ATTORNEY GENERAL

By: */s/ Jeffrey T. Sprung*
    Jeffrey G. Rupert
    Chief, Complex Litigation Division
    Jeffrey T. Sprung (D.C. Bar No.:
    384880)
    Benjamin J. Roesch
    Assistant Attorneys General
    Office of the Washington Attorney
    General
    1125 Washington St. SE
    P.O. Box 40100
    Olympia, WA 98504
    (206) 326-5492 (Sprung)
    jeffreyr2@atg.wa.gov
    jeff.sprung@atg.wa.gov
    benjaminr@atg.wa.gov
    cynthiaa@atg.wa.gov

CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing document, and any attachments thereto, to be electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, and that all participants in the case will be served by the CM/ECF system.

*/s/ Jacob B. Boyer*
Jacob B. Boyer