UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF MARYLAND, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. <u>**17-cv-2139-KBJ**</u> |

## **NOTICE OF APPEAL**

　　Plaintiffs the State of Maryland, the Commonwealth of Pennsylvania, the State of California, the State of Connecticut, the State of Delaware, the District of Columbia, the State of Illinois, the State of Iowa, the Commonwealth of Massachusetts, the State of Minnesota, the State of North Carolina, the State of Oregon, the State of Rhode Island, and the State of Washington, hereby appeal the Court's June 26, 2020, Order, ECF No. 106, and the Court's July 17, 2020, Memorandum Opinion, ECF No. 107, to the United States Court of Appeals for the District of Columbia Circuit.

Respectfully submitted,

| | |
|---|---|
| **JOSH SHAPIRO**<br>*Attorney General*<br>*Commonwealth of Pennsylvania*<br><br>Michael J. Fischer<br>Jesse F. Harvey<br>Chief Deputy Attorneys General<br><br>　/s/ *Jacob B. Boyer*<br>Jacob B. Boyer | **BRIAN E. FROSH**<br>*Attorney General*<br>*State of Maryland*<br><br>/s/ *Christopher J. Madaio*<br>Christopher J. Madaio<br>Assistant Attorney General<br>Office of the Attorney General<br>Consumer Protection Division<br>200 St. Paul Place, 16th Floor |

<div style="display:flex">
<div>

Kevin R. Green
Francesca Iovino
Deputy Attorneys General
Office of the Pennsylvania Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(267) 768-3968
jboyer@attorneygeneral.gov
*Attorneys for Plaintiff Commonwealth of Pennsylvania*

**XAVIER BECERRA**
*Attorney General*
*State of California*

/s/ *Bernard A. Eskandari*
Bernard A. Eskandari
Supervising Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
(213) 269-6348
bernard.eskandari@doj.ca.gov
*Attorney for Plaintiff State of California*

**KATHLEEN JENNINGS**
*Attorney General*
*State of Delaware*

/s/ *Christian Douglas Wright*
Christian Douglas Wright
Director of Impact Litigation
Vanessa L. Kassab
Deputy Attorney General
Delaware Department of Justice
820 North French Street, 5th Floor
Wilmington, DE 19801
(302) 577-8600
christian.wright@delaware.gov
vanessa.kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

</div>
<div>

Baltimore, MD 21202
(410) 576-6585
cmadaio@oag.state.md.us
*Attorney for Plaintiff State of Maryland*

**WILLIAM TONG**
*Attorney General*
*State of Connecticut*

/s/ *Joseph J. Chambers*
Joseph J. Chambers
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5270
Joseph.chambers@ct.gov
*Attorney for Plaintiff State of Connecticut*

**KARL A. RACINE**
*Attorney General*
*District of Columbia*

/s/ *Benjamin M. Wiseman*
Benjamin M. Wiseman (D.C. Bar No. 1005442)
Director, Office of Consumer Protection
Attorney General for the District of Columbia
441 4th Street, NW, 6th Floor
Washington, D.C. 20001
(202) 741-5226
benjamin.wiseman@dc.gov
*Attorney for Plaintiff District of Columbia*

</div>
</div>

2

| | |
|---|---|
| **KWAME RAOUL** <br> *Attorney General* <br> *State of Illinois* | **THOMAS J. MILLER** <br> *Attorney General* <br> *State of Iowa* |

/s/ *Greg Grzeskiewicz*  /s/ *Jessica Whitney*

Greg Grzeskiewicz
Bureau Chief, Consumer Fraud Bureau
Joseph Sanders
Gregory W. Jones
Assistant Attorneys General
Office of the Illinois Attorney General
Consumer Fraud Bureau
100 West Randolph Street, 12th Floor.
Chicago, IL 60601
(312) 814-6796 (Sanders)
(312) 814-4987 (Jones)
jsanders@atg.state.il.us
gjones@atg.state.il.us
*Attorneys for Plaintiff State of Illinois*

Jessica Whitney
Director - Consumer Protection
Office of the Attorney General of Iowa
1305 E. Walnut St.
Des Moines, Iowa 50319
(515) 281-8772
Jessica.Whitney@iowa.gov
*Attorney for Plaintiff the State of Iowa*

**MAURA HEALEY**
*Attorney General*
*Commonwealth of Massachusetts*

**KEITH ELLISON**
*Attorney General*
*State of Minnesota*

/s/ *Yael Shavit*  /s/ *Jason Pleggenkuhle*

Yael Shavit
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2197
yael.shavit@mass.gov
*Attorney for Plaintiff Commonwealth of Massachusetts*

Jason Pleggenkuhle
Assistant Attorney General
Bremer Tower, Suite 1200
445 Minnesota Street
St. Paul, MN 55101
(651) 757-1147
jason.pleggenkuhle@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota*

**JOSHUA H. STEIN**
*Attorney General*
*State of North Carolina*

**ELLEN F. ROSENBLUM**
*Attorney General*
*State of Oregon*

/s/ *Matthew L. Liles*  /s/ *Katherine A. Campbell*

Matthew L. Liles (D.C. Bar No. 994408)  Katherine A. Campbell

| | |
|---|---|
| Assistant Attorney General<br>North Carolina Department of Justice<br>114 West Edenton Street<br>Raleigh, NC 27603<br>(919) 716-0141<br>mliles@ncdoj.gov<br>*Attorney for Plaintiff State of North Carolina* | Assistant Attorney General<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97101<br>(971) 673-1880<br>katherine.campbell@doj.state.or.us<br>*Attorney for Plaintiff State of Oregon* |
| **PETER F. NERONHA**<br>*Attorney General*<br>*Commonwealth of Virginia*<br><br>/s/ *Michael W. Field*<br>Michael W. Field (D.C. Bar No. 60852)<br>Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Tel: (401) 274-4400, Extension 2380<br>Fax: (401) 222-3016<br>mfield@riag.ri.gov<br>*Attorneys for Plaintiff State of Rhode Island* | **ROBERT W. FERGUSON**<br>*Attorney General*<br>*State of Washington*<br><br>*/s/ Jeffrey T. Sprung*<br>Jeffrey T. Sprung<br>Assistant Attorney General<br>Office of the Washington Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 326-5492<br>jeff.sprung@atg.wa.gov<br>*Attorney for Plaintiff State of Washington* |

Dated: August 25, 2020