**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

STATE OF MARYLAND, *et al.*,

                         Plaintiffs,

                v.

                                     **Civil Action No. 17-cv-2139-KBJ**

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

                         Defendants.

## NOTICE OF APPEAL

Plaintiffs the State of New York, the State of Hawaii, the State of Vermont, and the

State of Virginia, hereby appeal the Court's June 26, 2020, Order, ECF No. 106, and the

Court's July 17, 2020, Memorandum Opinion, ECF No. 107, to the United States Court of

Appeals for the District of Columbia Circuit.


Respectfully submitted,


**LETITIA JAMES**                                               **CLARE E. CONNORS**
Attorney General                                                   Attorney General
State of New York                                                 State of Hawaii


*/s/ Carolyn Fast*                                                  */s/ Mana Moriarty*
Carolyn Fast                                                        Mana Moriarty
Assistant Attorney General                                    Deputy Attorney General
Office of the New York State Attorney General      425 Queen Street
28 Liberty St                                                        Honolulu, HI 96813
New York, NY 10005                                          808-586-1180
212-416-6250                                                      mana.moriarty@hawaii.gov
Carolyn.Fast@ag.ny.gov

**THOMAS J. DONOVAN, JR.**
Attorney General
State of Vermont

*/s/ Christopher J. Curtis*
Christopher J. Curtis
Chief, Public Protection Division
Office of the Attorney General
State of Vermont
109 State Street
Montpelier, VT 05609
802-828-5586
Christopher.Curtis@vermont.gov

**MARK R. HERRING**
Attorney General
State of Virginia

*/s/ Samuel T. Towell*
Samuel T. Towell
Deputy Attorney General, Civil Litigation
Barbara Johns Building
202 N. Ninth St.
Richmond, Virginia 23219
(804) 786-6731
stowell@oag.state.va.us