UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF MARYLAND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 17-cv-2139 (KBJ)<br>) |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**ORDER DISMISSING CASE AS MOOT**

On December 22, 2020, a Special Panel of the D.C. Circuit issued a per curiam order that vacated this Court's prior Order dismissing Plaintiffs' claims for lack of Article III standing and directed this Court to enter an Order dismissing Plaintiffs' claims on mootness grounds.  *See* Order, *Maryland v. U.S. Dep't of Educ.*, No. 20-5268 (D.C. Cir. Dec. 22, 2020).  Pursuant to that directive, and as addressed in the accompanying Memorandum Opinion on Remand After Vacatur of this Court's Prior Dismissal Order and Opinion, it is hereby

**ORDERED** that the instant case is **DISMISSED AS MOOT**.

DATE:  December 29, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge